EDMUND G. BROWN JR.
Attorney General of the State of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5506
 Fax: (415) 703-5480
 Email: tom.blake@doj.ca.gov

Attorneys for California Supreme Court and
California Court of Appeal, First Appellate District,
Division Five

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GEORGE A. McKRAY and ANTHONY LAMPERTI,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA SUPREME COURT; CALIFORNIA COURT OF APPEAL, FIRST APPELLATE DISTRICT, DIVISION FIVE,**<br><br>Defendants. | CV 08-04079 SI<br><br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND POSSIBLE REASSIGNMENT (Civil L.R. 7-11)**<br><br>Date: December 19, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10 - 19th Floor |

DEFENDANTS, THE SUPREME COURT OF CALIFORNIA and the California Court of Appeal, First Appellate District, Division Five, respectfully request that the Case Management Conference be continued in the interest of judicial economy. The CMC is now set for hearing on December 19, 2008, the same day as the hearing of the Defendants' Motion to Dismiss.

The plaintiffs are an attorney in pro se and one of the clients he represented in the underlying state action. They seek an order invalidating certain state-court sanctions awarded against them and a determination that the California Rules of Court governing publication of cases are constitutionally infirm. The California Supreme Court and the Court of Appeal have filed a Motion to Dismiss that is currently set for hearing on December 19, 2008, the same day as the CMC.

The California appellate courts have also filed a notice that the instant case may be deemed related to *Hild v. Supreme Court of California,* case No. C 07-05107 T EH (No. Dist. Cal.), which is mentioned in the complaint and which espouses the same theory against the California Rules of Court. The *Hild* case was dismissed by the Honorable Thelton E. Henderson of this Court on February 26, 2008 and is now on appeal as *Hild v. Supreme Court of California*, case No. 08-15785 (9th Cir. 2008).

The undersigned attorney for the California Supreme Court and the California Court of Appeal believes that the pending motion to dismiss will resolve the instant matter as a matter of law and therefore respectfully requests that the Case Management Conference in this matter be continued until a date after the hearing of that motion.

Dated:  November 24, 2008

>Respectfully submitted,
>
>EDMUND G. BROWN JR.
>Attorney General of the State of California
>
>/s/ Tom Blake
>TOM BLAKE
>Deputy Attorney General
>
>Attorneys for California Supreme Court and California Court of Appeal, First Appellate District, Division Five

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### **INTRODUCTION**

Moving defendants Are the Supreme Court of California and the California Court of Appeal, First Appellate District, Division Five. The state appellate courts have filed a meritorious motion under Rule 12(b), Federal Rules of Civil Procedure, moving for dismissal on grounds, inter alia, of the *Rooker-Feldman*[1] doctrine, 11th Amendment immunity, the domestic relations exception to federal jurisdiction, and lack of standing.

The undersigned respectfully submits that the interest of both state and federal judicial

---

1. *Rooker v. Fidelity Trust Co.,* 263 U.S. 413 (1923); *D.C. Court of Appeals v. Feldman,* 460 U.S. 462, 486-87 (1982).

economy will be best served by postponing the Case Management Conference until after the Supreme Court's Motion to Dismiss is heard. The Rule 12(b) hearing is set for on December 19, 2008, the same day as the CMC.

Holding the CMC on the same day as the ispositive motion would, in this case, impose on counsel for the California judiciary the not-inconsiderable expense of conferring with the pro se counsel and preparing a formal CMC statement in a case that will in all likelihood be moot because District Courts lack jurisdiction to review state court decisions, including sanctions, and because the California publication rules are, as the courts have repeatedly found, not infirm.

### THE COURT MAY MODIFY THE CASE MANAGEMENT SCHEDULE

The Court has the authority to modify the Case Management schedule. Civil L.R. 16-2(d).

### PROPOSED REVISED CASE MANAGEMENT SCHEDULE AND ADR PROCEDURES

Pursuant to Civil L.R. 16-2(d)(3), the accompanying proposed revised Case Management schedule is submitted:

12/19/2008    Hearing on the Rule 12(b) motion and the other pending motions (same as now set).

2/19/2009     Issuance of ruling on motion to dismiss as to Judge Robertson and other defendants.

3/20/2009     Case Management Conference for any parties remaining in the case.

As the matter before the Court turns on wholly legal issues, principally the question of whether the District Court may redetermine State court litigation results, Alternative Dispute Resolution is not appropriate. Accordingly, the undersigned does not suggest scheduling ADR.

### CONCLUSION

As the Rule 12(b) motion is expected to be dispositive, certainly as to Judge Robertson and most likely as to all defendants, the undersigned respectfully requests that the Case Management Conference be postponed to a date after the Rule 12(b) motion so as to spare the judicial branch of

Admin. Motion to Continue CMC' P&A's; [Proposed] Order          McKRAY, et al. v. California Supreme Court, et al.
                                                                                              C-08-4079-SI
3

1  the State of California the expense of preparing for a CMC that is likely to be moot.

2  Dated: November 24, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
   Attorney General of the State of California

6  /s/ Tom Blake
   TOM BLAKE
   Deputy Attorney General

   Attorneys for California Supreme Court and California Court of Appeal, First Appellate District, Division Five

## [Proposed] ORDER

For good cause shown, the Case Management Conference is rescheduled to _1/30/09 @ 2:00 p._, 2009 at ~~9:00 a.m.~~

_____
SUSAN ILSTON
United States District Judge

Admin. Motion to Continue CMC' P&A's; [Proposed] Order         McKRAY, et al. v. California Supreme Court, et al.
                                                                                                   C-08-4079-SI

4