UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George A. McKray<br>Anthony Lamperti<br><br>         Plaintiffs,<br><br>v.<br><br><br>California Court of Appeal,<br> First Appellate District, Division Five<br><br>         Defendants. | CASE No.: 3:08-cv-04079-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br>Date:   January 30, 2009<br>Time:   2:00 p.m. |

> Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

   Counsel report that they have agreed to reschedule the initial Case Management Conference in the captioned matter from January 30, 2009 at 2:00 p.m. to Friday February 20, 2009 at 2:00 p.m.

   The reason for the necessary rescheduling is that attorney for plaintiffs, George A. McKray, and his wife have planned a family reunion out of state beginning on Friday, January 30, 2009, returning to Oakland, California on February 5, 2009.


Dated:  December 11, 2008            /s/ George A. McKray
                                     Attorney for Plaintiffs




Dated:  December 11, 2008            /s/ Tom Blake
                                     Attorney for Defendants

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the initial Case Management Conference is rescheduled to Friday, February 20, 2009 at 2:00 p.m.

IT IS SO ORDERED:

Dated: _____ _____

                                                                             Honorable Susan Illston
                                                                             UNITED STATES DISTRICT JUDGE