IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. McKRAY, *et al.*, | No. C 08-4079 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CALIFORNIA SUPREME COURT, *et al.*, | |
| Defendants. / | |

Defendants' motion to dismiss the complaint is granted without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 18, 2008

SUSAN ILLSTON
United States District Judge